## S91G1022. SALLEY v. THE STATE.

(412 SE2d 836)

PER CURIAM.

It appearing that the writ of certiorari was improvidently granted, it is hereby vacated.

*Clarke, C. J., Bell, Benham and Fletcher, JJ., concur; Weltner, P. J., and Hunt, J., dissent.*

WELTNER, Presiding Justice, dissenting.

I dissent.

The Court of Appeals finds a distinction between the use of a file by a witness "to refresh her recollection or memory of the precise total number of times she had met with the victim"; and a use by that witness that is "simply ascertaining that number." *Salley v. State,* 199 Ga. App. 358, 360 (405 SE2d 260) (1991).

I am unable to comprehend any such difference. Because this case is controlled by *Baxter v. State,* 254 Ga. 538, 548 (331 SE2d 561) (1985), the judgment of the Court of Appeals should be reversed.

I am authorized to state that Justice Hunt joins in this dissent.

DECIDED FEBRUARY 6, 1992 —
RECONSIDERATION DENIED FEBRUARY 26, 1992.

*Virgil L. Brown & Associates, Virgil L. Brown, Bentley C. Adams III, Eric D. Hearn,* for appellant.

*W. Fletcher Sams, District Attorney, J. David Fowler, Assistant District Attorney,* for appellee.